

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br> DONALD P. DIGIACOMO, <br>     Debtor | Ch. 13 <br> 21-11156-FJB |
| M.C.E. DIRTWORKS INC., <br>     Plaintiff, <br> *v.* <br> DONALD P. DIGIACOMO, <br>     Defendant | Adversary Proceeding <br> 21-01101-FJB |

**ORDER TO SHOW CAUSE**

**MATTER:**

#7 Scheduling and Pretrial Order dated 12/21/2021. (Pretrial Memorandum due by 4/20/2022.)

The parties having been ordered to file a Joint Pretrial Memorandum on or before April 20, 2022; both parties having failed to file either a Joint Pretrial Memorandum or, in lieu of a joint memorandum, separate pretrial memoranda; and the Plaintiff bearing the burden of proof as to the relief sought in the complaint,

The Plaintiff is hereby ORDERED TO SHOW CAUSE in writing why this adversary proceeding should not be dismissed for failure to prosecute. Responses to this order shall be filed on or before May 5, 2022.

Dated: 4/21/2022

By the Court,

Frank J. Bailey
United States Bankruptcy Judge